HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Greenwood

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY ALAN GREENWOOD,<br>Defendant. | Case No. 2:25-cr00131-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME**<br><br>Date: July 28, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Kimberly A. Sanchez, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Bradley Alan Greenwood, that the previously scheduled Status Hearing set for July 28, 2025, be continued to October 27, 2025, at 9:30 a.m.

The parties specifically stipulate as follows:

1. An Indictment was filed in this case on May 22, 2025. Dkt. 17.

2. A Status Conference is currently scheduled for July 28, 2025, at 9:30 a.m.

3. Mr. Greenwood moves to continue the Status Conference to October 27, 2025, at 9:30 a.m. so that he may have adequate time to review discovery. The government has produced 1,609 pages and a four-hour video file to the defense. This is Mr. Greenwood's first continuance request.

4. Mr. Greenwood believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to Mr. Greenwood's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 28, 2025 and October 27, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Greenwood in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 23, 2025          */s/ Hootan Baigmohammadi*
                             HOOTAN BAIGMOHAMMADI
                             Assistant Federal Defender
                             Attorneys for Defendant
                             Mr. Greenwood

Date: July 23, 2025          KIMBERLY A. SANCHEZ
                             Acting United States Attorney

                             */s/ Roger Yang*
                             ROGER YANG
                             Assistant United States Attorney
                             Attorneys for Plaintiff

Stipulation and Order to Continue Status     -2-     *United States v. Greenwood,*
Hearing and Exclude Time                              2:25-cr00131-DAD

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference previously scheduled for July 28, 2025, is continued to October 27, 2025, at 9:30 a.m. and time is excluded period between July 28, 2025 and October 27, 2025, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4),

IT IS SO ORDERED.

Dated:   **July 24, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE