HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Greenwood

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25cr131-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | |
| BRADLEY ALAN GREENWOOD, | Date: October 27, 2025 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Bradley Alan Greenwood, that the previously scheduled Status Hearing set for October 27, 2025, be continued to **December 29, 2025, at 9:30 a.m.**

The parties specifically stipulate as follows:

1.    An Indictment was filed in this case on May 22, 2025. Dkt. 17.

2.    Mr. Greenwood moves to continue the Status Conference so that he may have adequate time to review discovery. The government has produced 1,609 pages and a four-hour video file to the defense. The government soon intends to produce more discovery to Mr. Greenwood from forensic extractions conducted on his electronic devices that were seized in May of 2025.

-1-

*United States v. Greenwood,*
2:25cr131-DAD

3.  Mr. Greenwood believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.  The government does not object to Mr. Greenwood's motion.

5.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between October 27, 2025 and December 29, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Greenwood in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 21, 2025          */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Greenwood

Date: October 21, 2025          ERIC GRANT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status
Hearing and Exclude Time                    -2-                    *United States v. Greenwood,*
2:25cr131-DAD

1

## O R D E R

2      The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, the previously scheduled Status Hearing set for October 27, 2025, is

4   continued to **December 29, 2025, at 9:30 a.m.**, and the time period between October 27, 2025

5   and December 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §

6   3161(h)(7)(B)(iv) (Local Code T4).

7

8      IT IS SO ORDERED.

9   Dated:    **October 22, 2025**                        _____

10                                                      DALE A. DROZD
                                                       UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28