HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Greenwood

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-131-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | Judge: Hon. Chi Soo Kim |
| BRADLEY ALAN GREENWOOD, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorneys Roger Yang, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Bradley Alan Greenwood, that the special conditions of pretrial release at Dkt. 16 be modified in the following manner:

1. Add Special Condition #22:

*You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.*

2. Amend Special Condition #14 by removing home detention and replacing it with:

*CURFEW: You must remain inside your residence every day from 4:00 p.m. to 8:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations*

3. Neither pretrial services nor the government object to Mr. Greenwood's request.

4. Attached as Exhibit A is the signed Consent to Modify Conditions of Release.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 4, 2025

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Greenwood

Date: December 4, 2025

ERIC GRANT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Temporarily Modify
Conditions of Release                                    -2-                          *United States v. Greenwood*,
                                                                                      2:25-CR-131-DAD

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 4, 2025

_____
Honorable Chi Soo Kim
United States Magistrate Judge