HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Greenwood

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25cr131-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | Date: December 29, 2025 |
| BRADLEY ALAN GREENWOOD, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Bradley Alan Greenwood, that the previously scheduled Status Hearing set for December 29, 2025, be continued to **March 30, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. An Indictment was filed in this case on May 22, 2025. Dkt. 17.
2. Mr. Greenwood moves to continue the Status Conference for compelling reasons. First, Mr. Greenwood needs additional time to review all discovery in the case to assess his sentencing exposure and possible defenses. The government has produced 1,609 pages and a four-hour video file to the defense. The government intends to produce more discovery to Mr. Greenwood from forensic extractions

conducted on his electronic devices that were seized in April/May of 2025. Second, Mr. Greenwood makes his request to maintain continuity of counsel. Defense counsel is preparing for trial in another case set to commence on February 2, 2026.

3. Mr. Greenwood believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to Mr. Greenwood's motion.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between December 29, 2025 and March 30, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Greenwood in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 22, 2025        */s/ Hootan Baigmohammadi*
                              HOOTAN BAIGMOHAMMADI
                              Assistant Federal Defender
                              Attorneys for Defendant
                              Mr. Greenwood


Date: December 22, 2025        ERIC GRANT
                              United States Attorney

                              */s/ Roger Yang*
                              ROGER YANG
                              Assistant United States Attorney
                              Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The previously scheduled status conference date of December 29, 2025, is continued to **March 30, 2026, at 9:30 a.m.** and time is excluded through March 30, 2026 pursuant to Local Code T4.

IT IS SO ORDERED.

Dated: **December 23, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE