HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Greenwood

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:25cr131-DAD |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** ) **STATUS HEARING AND EXCLUDE TIME** |
| vs. | ) |
| BRADLEY ALAN GREENWOOD, | ) Date: March 30, 2026 ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Bradley Alan Greenwood, that the previously scheduled Status Hearing set for March 30, 2026, be continued to **June 29, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1.      Mr. Greenwood moves to continue the Status Conference for compelling reasons. Mr. Greenwood needs additional time to review all discovery in the case to assess his sentencing exposure and possible defenses. The government has produced 2,034 pages and a four-hour video file to the defense. It produced 400+ pages of that discovery in late December 2025. Defense counsel was preparing for a complex trial through early February 2026. He has not had an adequate

Stipulation and Order to Continue Status
Hearing and Exclude Time

-1-

*United States v. Greenwood*,
2:25cr131-DAD

opportunity to review the most recent batch of discovery. Furthermore, the government intends to produce more discovery to Mr. Greenwood from forensic extractions conducted on his electronic devices.

2. Mr. Greenwood believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government does not object to Mr. Greenwood's motion.

4. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between March 30, 2026 and June 29, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Greenwood in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 26, 2026        */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Greenwood

Date: March 26, 2026        ERIC GRANT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  Accordingly, the status conference previously scheduled for March 30, 2026 is continued to June 29, 2026, at 9:30 a.m. and time is excluded between March 30, 2026 and June 29, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:  __**March 26, 2026**__          _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Hearing and Exclude Time                                    -3-                            *United States v. Greenwood*,
2:25cr131-DAD