HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Greenwood

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BRADLEY ALAN GREENWOOD,<br>Defendant. | Case No. 2:25cr131-DAD<br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME**<br>Date: September 21, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Bradley Alan Greenwood, that the previously scheduled Status Hearing set for September 21, 2026, be continued to **December 14, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. On May 22, 2025, Mr. Greenwood was arraigned on a one-count indictment charging receipt of child pornography whose offense conduct ended in 2021.
2. As of May 2026, the government had produced 2,411 pages and a four-hour video of Mr. Greenwood's first post-*Miranda* statement taken in 2021.
3. On August 21, 2026, the government produced approximately 300 pages and another four-hour plus video of Mr. Greenwood's second post-arrest statement

taken in 2025.

4. The parties (including Mr. Greenwood) appeared for a Status Conference on June 29, 2026. Dkt. 32. Defense counsel requested a continuance to September 21, 2026, stating that he had not had adequate time to review discovery to date due to his trial schedule. The government did not oppose. The Court inquired of defense counsel whether counsel thought he would be able to get through all the discovery and be ready to resolve or set the case for trial by September 21, 2026. Defense counsel answered in the affirmative. The Court granted the continuance request with the understanding that it would set a trial date on September 21, 2026.

5. Defense counsel has reviewed all discovery produced to date. The government has made a tentative offer to Mr. Greenwood that includes waiving indictment to a two-count superseding information alleging receipt of child pornography. Count two alleges offense conduct that terminated in 2025 and has not been previously charged. The parties are actively discussing the terms of the proposed plea agreement. Questions have been raised about the applicability of certain specific offense characteristics that require the parties to revisit Mr. Greenwood's very long post-*Miranda* statements.

6. Government counsel is currently preparing for a six-week trial that is set to commence in mid-October.

7. Mr. Greenwood respectfully requests that the Status Conference be continued to December 14, 2026. Good cause exists given the progress made by defense counsel in reviewing all discovery, ongoing plea negotiations, the proposed superseding information that contains an additional count not previously charged, and government counsel's trial schedule.

8. Mr. Greenwood believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9. The government does not object to Mr. Greenwood's motion.

10. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between September 21, 2026 and December 14, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Greenwood in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 16, 2026

*<u>/s/ Hootan Baigmohammadi</u>*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Greenwood

Date: September 16, 2026

ERIC GRANT
United States Attorney

*<u>/s/ Roger Yang</u>*
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, the previously scheduled Status Hearing set for September 21, 2026, is continued to **December 14, 2026, at 9:30 a.m.** and time is excluded for the time period between September 21, 2026 and December 14, 2026, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4). **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **September 16, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE