HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Greenwood

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY ALAN GREENWOOD,<br>Defendant. | Case No. 2:25-cr-00131-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME**<br><br>Date: December 14, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Bradley Alan Greenwood, that the previously scheduled Status Hearing set for December 14, 2026, be continued to **December 21, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Greenwood respectfully requests that the Status Conference be continued one week to December 21, 2026. Defense counsel has arranged for an expert to evaluate Mr. Greenwood. The expert is located in Washington D.C. and must travel across country to meet with Mr. Greenwood. The expert's availability conflicts with the Status Conference currently scheduled for December 14, 2026. Mr. Greenwood requests the continuance so that he may complete the evaluation

in furtherance of case investigation.

2. Mr. Greenwood believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government does not object to Mr. Greenwood's motion.

4. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between December 14, 2026 and December 21, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Greenwood in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 10, 2026

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Greenwood

Date: November 10, 2026

ERIC GRANT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The court does so in light of the brief continuance of the status conference sought, however, **no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause. Accordingly, the s**tatus conference previously set for December 14, 2026, is continued to December 21, 2026, at 9:30 a.m. and time is excluded for the time period between December 14, 2026 and December 21, 2026, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4),

IT IS SO ORDERED.

Dated: **November 10, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE